JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAQUEL MARTIN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>JACOBS ENGINEERING GROUP INC., a corporation and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-06240 RGK(JEMx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[35]** |

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court orders as follows: The entire action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: 5/15/2023

_____
The Hon. R. Gary Klausner
United States District Court Judge

455640.1

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE